# Exhibit 2

US00D858876S

| (12) United States Design Patent<br>Swart et al. | (10) Patent No.: **US D858,876 S**<br>(45) Date of Patent: ** **Sep. 3, 2019** |
|---|---|

(54) **INFLATABLE HAIR WASHING STATION**

(71) Applicant: **Chrome Cherry Limited**, London (GB)

(72) Inventors: **Pierre Radyn Swart**, New York, NY (US); **André Piccoli Vigil**, Sutton (GB); **Riccardo Farris**, London (GB)

(73) Assignee: **CHROME CHERRY LIMITED**, London (GB)

(**) Term: **15 Years**

(21) Appl. No.: **29/615,060**

(22) Filed: **Aug. 25, 2017**

(51) LOC (12) Cl. ............................................. 28-03
(52) U.S. Cl.
 USPC ......................................................... **D28/20**
(58) Field of Classification Search
 USPC ........ D28/10, 12, 13, 14, 15, 16, 17, 18, 20, D28/81, 82, 83, 84
 CPC ........ A45D 20/00; A45D 20/48; A45D 20/50; A45D 20/52; A45D 20/525; A45D 20/04; A45D 20/08; A45D 20/10; A45D 20/12; A45D 20/122; A45D 44/08; A45D 2019/005; A45D 2019/0058; A45D 19/04; A45D 19/06; A45D 19/08; A45D 19/12; A45D 40/00; A45D 40/18; A45D 40/0087; A45D 40/222; A45D 40/0093; A45D 33/00; A45D 33/006; A45D 33/025; A45D 33/008; A45D 33/003; A45D 33/18; A45D 2040/225; A45D 2034/007
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D102,809 S | * | 1/1937 | Wutzler | D28/20 |
| 2,375,643 A | * | 5/1945 | Germanotta | A45D 44/04 |
| | | | | 108/43 |
| 2,451,653 A | * | 10/1948 | Bazelon | A45D 19/06 |
| | | | | 248/168 |
| D155,176 S | * | 9/1949 | Melendez | D28/20 |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 2010172525 A | * | 8/2010 | |
| WO | WO-9709913 A1 | * | 3/1997 | A47G 9/109 |

OTHER PUBLICATIONS

Mobile Salon: Shampoo Hair from Home with this Inflatable Hair Washing Basin, posted Oct. 13, 2017 [online], retrieved Oct. 23, 2018, retrieved from internet, <https://www.amazon.com/Mobile-Salon-Inflatable-Adjustable-Bed/dp/B07684TD82>.*

(Continued)

*Primary Examiner* — Barbara Fox
*Assistant Examiner* — Messina L Smith
(74) *Attorney, Agent, or Firm* — Tucker Ellis LLP

(57) **CLAIM**

The ornamental design for an inflatable hair washing station, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of an inflatable hair washing station showing our new design;
FIG. **2** is a bottom view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a first isometric view thereof;
FIG. **8** is a second isometric view thereof;
FIG. **9** is a third isometric view thereof; and,
FIG. **10** is identical to the view shown in FIG. **7** with the rear flap clips separated.
The broken lines in the drawings depict portions of the inflatable hair washing station that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D173,813 S | * | 1/1955 | Militana | | D28/20 |
| 2,803,292 A | * | 8/1957 | Nyberg | | A47C 1/04 |
| | | | | | 108/137 |
| 3,064,272 A | * | 11/1962 | Cantonwine | | A45D 19/08 |
| | | | | | 4/518 |
| D227,042 S | * | 5/1973 | Altemare | | D28/20 |
| D227,847 S | * | 7/1973 | Molle | | D28/20 |
| D232,269 S | * | 7/1974 | Cates | | D28/20 |
| 4,216,551 A | * | 8/1980 | Pasquarello | | A45D 19/04 |
| | | | | | 4/521 |
| D261,170 S | * | 10/1981 | McFarlane | | D23/289 |
| D293,364 S | * | 12/1987 | Everard | | D21/815 |
| 4,933,998 A | * | 6/1990 | Arnet | | A45D 44/08 |
| | | | | | 4/521 |
| D315,197 S | * | 3/1991 | Brandis | | D23/289 |
| D348,174 S | * | 6/1994 | Genis | | D24/191 |
| 5,381,562 A | * | 1/1995 | Holloway | | A45D 19/06 |
| | | | | | 4/516 |
| D375,385 S | * | 11/1996 | Mock | | D28/20 |
| 5,940,885 A | * | 8/1999 | Matthews | | A45D 44/12 |
| | | | | | 2/174 |
| 6,398,062 B1 | * | 6/2002 | Jones | | A45D 19/12 |
| | | | | | 220/608 |
| 6,763,539 B1 | * | 7/2004 | Bartley | | A47D 13/083 |
| | | | | | 5/630 |
| 7,234,176 B1 | * | 6/2007 | Chiu | | A45D 19/04 |
| | | | | | 4/516 |
| D621,093 S | * | 8/2010 | Jenkins | | D28/20 |
| D634,893 S | * | 3/2011 | Brown | | D28/10 |
| D639,506 S | * | 6/2011 | Landsberger | | D28/20 |
| D672,086 S | * | 12/2012 | Tai | | D23/289 |
| 2004/0003460 A1 | * | 1/2004 | Zolotnik | | A45D 29/00 |
| | | | | | 4/622 |
| 2012/0240339 A1 | * | 9/2012 | Fair | | A47D 13/083 |
| | | | | | 5/655 |
| 2013/0253450 A1 | * | 9/2013 | Shelton | | A45D 19/04 |
| | | | | | 604/290 |
| 2014/0373266 A1 | * | 12/2014 | Fujioka | | A45D 19/14 |
| | | | | | 4/518 |
| 2016/0227907 A1 | * | 8/2016 | Moskowitz | | A45D 44/16 |
| 2017/0237272 A1 | * | 8/2017 | Corona | | H02J 7/0044 |
| | | | | | 320/107 |
| 2018/0049568 A1 | * | 2/2018 | Cruz | | A47G 9/1027 |

OTHER PUBLICATIONS

Mobile Salon, posted @ 2017 [online], retrieved Oct. 23, 2018, retrieved from internet, <http://shopchromecherry.com/mobile-salon/>.*
EZ Access Inflatable Shampoo Basin, see https://www.healthproductsforyou.com/p-ez-access-ez-shampoo-inflatable-basin.html.
Ableware Easy Shampoo Basin, see https://www.amazon.com/Ableware-764302000-Shampoo-Basin-White/dp/B000VLUMLU.
Obbomed Inflatable Portable Bed Shampoo Station, see https://www.everafterguide.com/obbomed-hb-3000-inflatable-portable-bed-shampoo-hair-washing-basin-for-disabled-elder-people-pregnancy-post-surgical-bed-ridden-e9367dd36a4ed2e1.html.
Inbed Head Wash System, see https://www.allegromedical.com/bathroom-assists-c517/inbed-head-wash-system-p217219.html.
EZ-Shampoo Hair Washing Tray, see https://www.amazon.com/Home-Care-SHAMTRAYDB-EZ-Shampoo-Washing/dp/B001UOZB8G.
Inflatable Shampoo Tray/Basin, see https://www.amazon.co.uk/Sibel-BACBLEU-Inflatable-Shampoo-Basin/dp/B00IXLVOSA/ref=sr_1_1_a_it?ie=UTF8&qid=1504001426&sr=8-1&keywords=inflatable+shampoo+tray.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



FIG. 4



**FIG. 5**



**FIG. 6**



**FIG. 7**



FIG. 8



**FIG. 9**



**FIG. 10**