**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHROME CHERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 21-cv-05491<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff"), by and through its counsel, hereby provides notice of claims involving patents. The information required by the rule and 35 U.S.C. §290 is as follows:

1. Names and Addresses of Litigants:

    Chrome Cherry Limited
    Makerversity, Somerset House Victoria Embankment
    Old Posd Room, London, England, WC2R 1LA

    The Partnerships and Unincorporated Associations Identified on Schedule "A"
    Addresses Unknown

2. Name of Inventors: Pierre Radyn Swart, André Piccoli Vigil, and Riccardo Farris

3. U.S. Patents upon which suit has been brought include:

| Patent Number | Claim | Issue Date |
|---|---|---|
| D858,876 | FIG. 1<br><br>FIG. 2 | September 3, 2019 |



FIG. 3

FIG. 4

FIG. 5



FIG. 6

FIG. 7

FIG. 8



FIG. 9

FIG. 10

Dated this 19th day of October 2021.  Respectfully submitted,

/s/ Justin R. Gaudio
Christopher S. Hermanson
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
chermanson@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Chrome Cherry Limited*