# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHROME CHERRY LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 21-cv-05491<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered October 20, 2021. [24]. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Justin R. Gaudio.

Dated this 16th day of November 2021.    Respectfully submitted,

                                                               /s/ Justin R. Gaudio
                                                               Christopher S. Hermanson
                                                               Justin R. Gaudio
                                                               Jake M. Christensen
                                                               Martin F. Trainor
                                                               Greer, Burns & Crain, Ltd.
                                                               300 South Wacker Drive, Suite 2500
                                                               Chicago, Illinois 60606
                                                               312.360.0080
                                                               312.360.9315 (facsimile)
                                                               chermanson@gbc.law
                                                               jgaudio@gbc.law
                                                               jchristensen@gbc.law
                                                               mtrainor@gbc.law

                                                            *Counsel for Plaintiff Chrome Cherry Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Christopher S. Hermanson
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
chermanson@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Chrome Cherry Limited*