IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME CHERRY LIMITED,<br><br>                Plaintiffs,<br><br>    v.<br><br>JILIN PROVINCE LEWEI TRADE CO., LTD., et al.,<br><br>                Defendants. | Case No. 21-cv-05491<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff") hereby dismiss this action, with prejudice, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Nancelelor | 21 |
| MAMaiuh | 40 |

Dated this 30th day of December 2021.    Respectfully submitted,

/s/ Jake M. Christensen
Christopher S. Hermanson
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
chermanson@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Chrome Cherry Limited*