IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME CHERRY LIMITED,<br><br>                Plaintiffs,<br><br>    v.<br><br>JILIN PROVINCE LEWEI TRADE CO., LTD., et al.,<br><br>                Defendants. | No. 21-cv-05491<br><br>Judge Franklin U. Valderrama |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Chrome Cherry Limited ("Chrome Cherry" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Chrome Cherry having moved for entry of Default and Default Judgment against the defendants identified on Schedule A, with the exception of Defendant ingc7404 (collectively, the "Defaulting Defendants");

The Court having entered upon a showing by Chrome Cherry, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Chrome Cherry having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THE COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants based on Plaintiff's unrebutted assertions that Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products infringing directly and/or indirectly the following patented CHROME CHERRY Design.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D858,876 | FIG. 1 | September 3, 2019 |





FIG. 5

FIG. 6

FIG. 7



FIG. 8

FIG. 9

FIG. 10

THE COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by Chrome Cherry and that includes any reproduction, copy or colorable imitation of the design claimed in the CHROME CHERRY Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the CHROME CHERRY Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Chrome Cherry' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), DHgate, and ContextLogic Inc. d/b/a

Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the CHROME CHERRY Design.

3. Pursuant to 35 U.S.C. § 289, Chrome Cherry is awarded profits from each of the Defaulting Defendants for infringing use of the CHROME CHERRY Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| Jilin Province Lewei Trade Co., Ltd. | $250 |
| Ningbo New Top Houseware Co., Ltd. | $250 |
| Shenzhen Si Tianrui E-Commerce Co., Ltd. | $250 |
| Yiwu Wanpincang Supply Chain Co., Ltd. | $250 |
| AD Store | $250 |
| CPP DAILY Store | $250 |
| Factory Dropshiping Wholesales Online Store | $3,170 |
| Good friends business Store | $250 |
| Homeshopping | $273 |
| HUG Store | $250 |
| Minimalist idea Store | $250 |
| Pak Sweetmood Store | $250 |
| Punkgirl Store | $250 |
| Shop5196049 Store | $250 |
| Shop910325121 Store | $250 |
| Shop911113171 Store | $290 |
| Shop911231053 Store | $310 |
| Shop911522007 Store | $453 |
| Libora Store | $250 |
| 202019XS | $250 |
| coedfa | $250 |
| DEVELEE | $644 |
| EXCTHINI | $250 |
| HuiJunGe | $250 |
| liangliqing | $250 |
| liu lin xian yu liang mao yi | $250 |
| Rloper-Lop | $250 |

| | |
|---|---|
| SanMingYuanRenWuYeFuWuPingGuYouXianGongSi | $5,090 |
| shanghangxianlongyingbaihuodian | $880 |
| shanghangxianxinghuabaihuodian | $1,802 |
| shanghangxianxinglianbaihuodian | $250 |
| shanghangxianyuanyuanbaihuodian | $250 |
| shen zhen lan ying dian zi shang wu you xian gong | $250 |
| star-star turning | $2,814 |
| UNLLLL | $18,455 |
| Welcome 2021 90 Off Sale ClearanceWkdgagde | $514 |
| Ephemelease | $250 |
| Catshop.vicky | $250 |
| chorizole02 | $250 |
| Creaciones jbelen | $250 |
| discountsd | $250 |
| hpjdwpyoh | $250 |
| inversiones auto cauchos | $250 |
| jose15 | $250 |
| kongweili05899 | $250 |
| ManuShopOn | $250 |
| nesemobsch | $250 |
| QISHENE | $250 |
| qwer0123 | $250 |
| schjympsen | $250 |
| WANGMENGQIANG4220 | $250 |
| zhangyiliang3356 | $250 |

4. Chrome Cherry may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Chrome Cherry used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online

      Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are hereby released to Chrome Cherry as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are ordered to release to Chrome Cherry the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Chrome Cherry has recovered full payment of monies owed to it by any Defaulting Defendant, Chrome Cherry shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, DHgate, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, DHgate, Wish.com, and Amazon Pay, shall within ten (10) business days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart, and any e-mail addresses provided for Defaulting Defendants by third parties;

      b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Chrome Cherry as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Chrome Cherry identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Chrome Cherry may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000.00) surety bond posted by Chrome Cherry, including any interest minus the registry fee, is hereby released to Chrome Cherry's counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court, including any interest minus the registry fee, to Chrome Cherry's counsel.

10. A copy of this Order will be provided to Defaulting Defendants in the same manner that all other notices and orders have been provided.

The Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against the Defaulting Defendants.

Date: 1/21/2022

                                                                United States District Judge
                                                                Franklin U. Valderrama

**Chrome Cherry Limited v. Jilin Province Lewei Trade Co., Ltd., et al. - Case No. 21-cv-5491**

# Schedule A

| Defendant Online Marketplaces |||
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | leweitrade.en.alibaba.com | Jilin Province Lewei Trade Co., Ltd. |
| 2 | nbnewtop.en.alibaba.com | Ningbo New Top Houseware Co., Ltd. |
| 3 | skyreat.en.alibaba.com | Shenzhen Si Tianrui E-Commerce Co., Ltd. |
| 4 | DISMISSED | DISMISSED |
| 5 | wanpincang.en.alibaba.com | Yiwu Wanpincang Supply Chain Co., Ltd. |
| 6 | aliexpress.com/store/1191437 | Punkgirl Store |
| 7 | aliexpress.com/store/1761792 | Homeshopping |
| 8 | aliexpress.com/store/5064081 | Pak Sweetmood Store |
| 9 | aliexpress.com/store/5083103 | AD Store |
| 10 | aliexpress.com/store/5084071 | HUG Store |
| 11 | aliexpress.com/store/5196049 | Shop5196049 Store |
| 12 | aliexpress.com/store/5402037 | Minimalist idea Store |
| 13 | aliexpress.com/store/910325121 | Shop910325121 Store |
| 14 | aliexpress.com/store/911113171 | Shop911113171 Store |
| 15 | aliexpress.com/store/911231053 | Shop911231053 Store |
| 16 | aliexpress.com/store/911522007 | Shop911522007 Store |
| 17 | aliexpress.com/store/911751005 | Factory Dropshiping Wholesales Online Store |
| 18 | aliexpress.com/store/911933290 | CPP DAILY Store |
| 19 | aliexpress.com/store/911940509 | Good friends business Store |
| 20 | aliexpress.com/store/912017050 | Libora Store |
| 21 | DISMISSED | DISMISSED |
| 22 | amazon.com/sp?seller=A1VJ1MK7M5XEJG | liu lin xian yu liang mao yi |
| 23 | amazon.com/sp?seller=A28EC4ZSVOLDWB | shanghangxianlongyingbaihuodian |
| 24 | amazon.com/sp?seller=A2D6CKBUZKXHD | Rloper-Lop |
| 25 | amazon.com/sp?seller=A2DGMPR9NSHMVP | shen zhen lan ying dian zi shang wu you xian gong |
| 26 | amazon.com/sp?seller=A2F2JFJ8QN8GE1 | Welcome 2021 90 Off Sale ClearanceWkdgagde |
| 27 | amazon.com/sp?seller=A2I5E6PD18GHTI | SanMingYuanRenWuYeFuWuPingGuYouXianGongSi |
| 28 | amazon.com/sp?seller=A2NQ9CAAY7ICHY | HuiJunGe |
| 29 | amazon.com/sp?seller=A2QJPO33Y9Y8 | shanghangxianxinglianbaihuodian |

|    |                                                  |                              |
|----|--------------------------------------------------|------------------------------|
|    | OZ                                               |                              |
| 30 | DISMISSED                                        | DISMISSED                    |
| 31 | amazon.com/sp?seller=A3HT6VSOVENMCV              | DEVELEE                      |
| 32 | amazon.com/sp?seller=A3SJ7D7N2LTYOS              | UNLLLL                       |
| 33 | DISMISSED                                        | DISMISSED                    |
| 34 | amazon.com/sp?seller=AE9ZTJ3F5Y2IA               | coedfa                       |
| 35 | amazon.com/sp?seller=AFGO1EPQRQKVZ               | shanghangxianyuanyuanbaihuodian |
| 36 | amazon.com/sp?seller=AJSHVHNHR7OLS               | star-star turning            |
| 37 | amazon.com/sp?seller=ANK5UY1DTEN1G               | liangliqing                  |
| 38 | amazon.com/sp?seller=AVKW39RORIDOF               | EXCTHINI                     |
| 39 | amazon.com/sp?seller=AXGGZ3ZMF3HN                | 202019XS                     |
| 40 | DISMISSED                                        | DISMISSED                    |
| 41 | amazon.com/sp?seller=AYJ5Y10BE1AV6               | shanghangxianxinghuabaihuodian |
| 42 | dhgate.com/store/21634528                        | Ephemelease                  |
| 43 | DISMISSED                                        | DISMISSED                    |
| 44 | DISMISSED                                        | DISMISSED                    |
| 45 | EXCEPTED                                         | EXCEPTED                     |
| 46 | DISMISSED                                        | DISMISSED                    |
| 47 | DISMISSED                                        | DISMISSED                    |
| 48 | wish.com/merchant/5b445a29e4b3fb1e63f7e5aa       | qwer0123                     |
| 49 | DISMISSED                                        | DISMISSED                    |
| 50 | wish.com/merchant/5e59ee5cf22b370bc0ac6347       | schjympsen                   |
| 51 | wish.com/merchant/5e9372467fbade1bc0c16952       | nesemobsch                   |
| 52 | wish.com/merchant/5f43194f29e78649af0589a3       | ManuShopOn                   |
| 53 | wish.com/merchant/5f4742e65456f312b47e7c22       | hpjdwpyoh                    |
| 54 | wish.com/merchant/5f6be07bd2741989f75fadc6       | Creaciones jbelen            |
| 55 | wish.com/merchant/5f73d18ade6a5337a8ce3c55       | Catshop.vicky                |

| | | |
|---|---|---|
| 56 | wish.com/merchant/5f750ce47736b507161f4f8b | jose15 |
| 57 | DISMISSED | DISMISSED |
| 58 | wish.com/merchant/5f8f5f56de940f07c2c7ff6e | QISHENE |
| 59 | wish.com/merchant/5f9b20c72a917a87bc8af67c | chorizole02 |
| 60 | wish.com/merchant/5f9d87766535343487d4faa1 | inversiones auto cauchos |
| 61 | wish.com/merchant/60200b32633c04d19523588e | discountsd |
| 62 | wish.com/merchant/6036076cc46416104263be53 | kongweili05899 |
| 63 | wish.com/merchant/607ce9bfc686249523b66326 | WANGMENGQIANG4220 |
| 64 | wish.com/merchant/608790111277af2fcfd35d3a | zhangyiliang3356 |

13